**Order entered December 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00946-CR

**GLADSTON EDWARD WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75416-T**

## ORDER

Before the Court is appellant's December 7, 2017 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant to file the brief no later than January 2, 2018. If appellant's brief is not filed by January 2, 2018, this appeal may be abated for the trial court to make finding in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/　　LANA MYERS
　　　　JUSTICE